NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No.3:95-CR-3089-020

MARLIN WILLIAMS

On May 9, 1996, the above named was placed on Supervised Release for a period of five years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Marlin Williams be discharged from Supervised Release.

Respectfully submitted,

_Francine Ware_  
Francine Ware  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this _9th_ day of _August_, 20_05_.

OFFICE OF CLERK  
U.S. DISTRICT CT.  
NORTHERN DIST. FLA.  
PENSACOLA, FLA.

Roger Vinson  
Senior United States District Judge

2005 AUG -9 PM 3: 18

FILED